# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

ANTHONY MICHAEL TOMPKINS ,

        Petitioner,

    v.

RANDALL HEPP, Warden, JODI DOUGHERTY,
Inmate Complaint Examiner, TOM GOZINSKE,
Corrections Complaint Examiner, AMY SMITH,
Office of the Secretary and STEVEN DOUGHERTY,
Quarry Unit Manager at JCI,

        Respondents.

## JUDGMENT IN A CIVIL CASE

**Case No.: 08-cv-155-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    **This case is dismissed against respondents.**

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

____5/6/08_____
Date